■ In the Matter of ARTHUR D. KOWALOFF, a Disbarred Attorney. [707 NYS2d 824] —Motion granted to the extent of confirming the Determination of the Hearing Panel which confirmed the Report and Recommendation of the Referee, and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Mazzarelli, Wallach and Friedman, JJ.